CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    Facsimile: (415) 436-7234
    molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ZHIWEI DONG,

                    Plaintiff,

          v.

UNITED STATES DEPARTMENT OF
STATE, *et al.*,

                    Defendants.

Case No. 3:26-cv-01182-LJC

**FOURTH STIPULATION TO EXTEND TIME
FOR DEFENDANTS' RESPONSE TO
PLAINTIFF'S COMPLAINT AND ORDER**

On June 4, 2026, the parties filed a third stipulation to extend time for Defendants' response to Plaintiff's complaint to June 12, 2026, which is currently pending before the Court. *See* Dkt. No. 13. Also pending before the Court is the parties' second stipulation to extend time for Defendants' response to Plaintiff's complaint filed on May 20, 2026. *See* Dkt. No. 12. Plaintiff and Defendants now stipulate and respectfully request the Court to grant an additional extension of time for Defendants' response to Plaintiff's complaint and set a due date for June 22, 2026. The parties make this request because the agency needs additional time to review Plaintiff's application and to prepare their response. In view of the agreed-upon extension for Defendants' response to the complaint, the parties further request a corresponding extension on the deadline for filing a summary judgment motion. The parties request that Defendants file their motion for summary judgment by August 19, 2026.

Stipulation to Extend
Case No. 3:26-cv-01182-LJC                                1

Dated: June 12, 2026

Respectfully submitted[1],

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: June 12, 2026

*/s/ Christina S. Castro*
CHRISTINA S. CASTRO
Hacking Immigration Law, LLC
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: June 15, 2026

_____
HON. LISA J. CISNEROS
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
Case No. 3:26-cv-01182-LJC                    2